Christian N. Bataille
FLANIGAN & BATAILLE
1007 W. 3rd Ave., Ste. 206
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: cbataille@farnorthlaw.com
ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUDY H. BARR as guardian of<br>WALLACE D. POWERS<br><br>      Plaintiff,<br><br> vs.<br><br>MARSHALL E. TOLBERT MD individually,<br>ANCHORAGE NEUROSURGICAL<br>ASSOCIATES, INC., SUSANNE E. FIX MD,<br>individually and ALASKA NEUROSCIENCE<br>ASSOCIATES, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:14-CV-00041-HRH

## **STIPULATION FOR DISMISSAL**

The parties, through counsel, notify the Court that they stipulate to dismiss the above matter, which each party to bear its own costs and attorney fees.

STIPULATION FOR DISMISSAL
*Barr v. Tolbert et. al.; et.al.; 3:14-cv-00041-HRH*
Page 1

Dated this 25th day of April, 2014.

>FLANIGAN & BATAILLE
>Counsel for Plaintiff

By: s/ Chris Bataille
CHRIS BATAILLE, ABA# 8406011

Dated this 25th day of April, 2014.

>KAREN L. LOEFFLER
>United States Attorney

By: s/ E. Bryan Wislon
E. Bryan Wilson,
Assistant U.S. Attorney

Dated this 25th day of April, 2014.

>KAREN L. LOEFFLER
>United States Attorney
>Attorney for Susanne E. Fix, M.D.

By: s/ E. Bryan Wislon
E. Bryan Wilson, FL Bar No.: 0604501
Assistant U.S. Attorney

Dated this 25th day of April, 2014.

>LAW OFFICE OF PAUL STOCKLER
>Attorney for Marshall E. Tolbert, M.D. and
>Anchorage Neurosurgical Associates, Inc.

By: s/ Paul D. Stockler
Paul D. Stockler, ABA# 8606032

STIPULATION FOR DISMISSAL
*Barr v. Tolbert et. al.; et.al.; 3:14-cv-00041-HRH*
Page 2

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804