IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUDY H. BARR, as guardian of WALLACE D. POWERS,<br><br>                               Plaintiff,<br><br>vs.<br><br>MARSHALL E. TOLBERT, MD, individually; ANCHORAGE NEUROSURGICAL ASSOCIATES, INC.; SUSANNE E. FIX, MD, individually; and ALASKA NEUROSCIENCE ASSOCIATES, INC.,<br><br>                              Defendants. | No. 3:14-CV-0041-HRH |

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation for Dismissal*,[1] filed April 25, 2014, it is hereby ordered that this action is dismissed with prejudice, the parties to bear their own costs and attorney fees.

DATED at Anchorage, Alaska, this 1st day of May, 2014.

                                                              /s/ H. Russel Holland<br>                                                              United States District Judge

---

[1]Docket No. 6.

Order – Case Dismissed                                                        - 1 -