IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUDY H. BARR, as guardian of WALLACE D. POWERS,<br><br>                            Plaintiff,<br><br>  vs.<br><br>MARSHALL E. TOLBERT, MD, individually; ANCHORAGE NEUROSURGICAL ASSOCIATES, INC.; SUSANNE E. FIX, MD, individually; and ALASKA NEUROSCIENCE ASSOCIATES, INC.,<br><br>                            Defendants. | No. 3:14-CV-0041-HRH |

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation for Dismissal*,[1] filed April 25, 2014, it is hereby ordered that this action is dismissed with prejudice, the parties to bear their own costs and attorney fees.

DATED at Anchorage, Alaska, this <u>1st</u> day of May, 2014.

                                                                 /s/ H. Russel Holland
                                                                  United States District Judge

---

[1] Docket No. 6.

Order – Case Dismissed                                                                               - 1 -